## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sanford Berenson, | Case No. 2:08-cv-03654-JD |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Central Credit Services, Inc., | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and gives notice that the parties in the above-captioned matter reached a settlement.  Plaintiff anticipates filing a Stipulation of Dismissal with prejudice in the near future.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Richard J. Meier*
    Richard J. Meier
    The Sears Tower
    Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    rjm@legalhelpers.com
    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 21, 2008, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*