# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sanford Berenson, <br><br> Plaintiff, <br><br> v. <br><br> Central Credit Services, Inc., <br><br> Defendant. | Case No. 2:08-cv-03654-JD <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now comes the parties, by and through counsel, and hereby dismiss the present action pursuant to Fed. R. 41(a)1(ii), with prejudice. Each party shall bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Legal Helpers, P.C. | Marshall, Dennehey, Warner, Coleman & Goggin |
| By: */s/ Richard J. Meier* <br> Richard J. Meier <br> 233 South Wacker Drive, Suite 5150 <br> Chicago, IL 60606 <br> Tel: 1.866.339.1156 <br> Fax: 1.312.822.1064 <br> rjm@legalhelpers.com <br> *Attorney for Plaintiff* | By: */s/ Andrew M. Schwartz* <br> Andrew M. Schwartz <br> 1845 Walnut Street <br> 17th Floor <br> Philadelphia, PA 19103 <br> Tel: 1.215.575.2765 <br> Fax: 1.215.575.0856 <br> *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 28, 2009, a copy of the foregoing Stipulation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*